IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARREN ALSTON,<br>Petitioner, | : FILED :<br>: : | CIVIL ACTION |
| v. | : JAN 02 2019 : | NO. 17-444 |
| COMMONWEALTH OF<br>PENNSYLVANIA, et al.,<br>Respondents. | : :<br>: :<br>: | |

## ORDER

AND NOW, this 2nd day of JANUARY, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus, the responsive motion, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The petition for a writ of habeas corpus is **DENIED**;

4. A certificate of appealability **SHALL NOT** issue, in that the Petitioner has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

5. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

ENT'D JAN 02 2019